AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__    DISTRICT OF    __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Lorenzo Pineda-Higuera
A201 234 077

IAE    YOB:    1983
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

FEB 13 2015

Clerk of Court

## CRIMINAL COMPLAINT

Case Number:    M-15-0214-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Lorenzo Pineda-Higuera was encountered by Border Patrol Agents near Rio Grande City, Texas on February 12, 2015. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 12, 2015, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 18, 2014, through Harlingen, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 19, 2008, the defendant was convicted of Trafficking in Cocaine, Illegal Drugs, Marijuana or Methamphetamine and sentenced to twenty (20) years confinement.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

*[signature]*

Sworn to before me and subscribed in my presence,

**February 13, 2015**

**Dorina Ramos**, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*[signature]*
**Signature of Complainant**
**Eduardo Cortez    Senior Patrol Agent**

*[signature]*
**Signature of Judicial Officer**